UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> -vs- ) <br> CAMILO ALEJANDRES MARTINEZ, ) <br> Defendant. ) | NO.   CR-08-2107-WFN-1 <br><br> ORDER |

A sentencing hearing was held May 18, 2009 in CR-08-2085-WFN-2. The Defendant, who is in custody, was present and represented by Ulvar Klein and assisted by Court-appointed interpreter Bea Rump; Assistant United States Attorney Alexander Ekstrom represented the Government. As a part of the Plea Agreement in CR-08-2085-WFN-2, the Government agreed to dismiss the charges in this case at sentencing. Pursuant to that agreement, the Government moved to dismiss the case.

The Court has reviewed the file and is fully informed. This Order is entered to memorialize the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that this case is **DISMISSED WITH PREJUDICE**.

The District Court Executive is directed to file this Order and provide copies to counsel **AND close the file**.

**DATED** this 19th day of May, 2009.

05-18

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

ORDER